UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRIANDOS C. WALKER,

          Petitioner,

-against-

**ORDER**
**14-CV-2223**

MIKE SPOSATA,

          Respondent.

------------------------------------------------------------X

On April 8, 2014, Triandos C. Walker ("petitioner"), *pro se*, filed a petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. DE 1. On that date, the Clerk of the Court for the Eastern District of New York entered a Notice of Deficient Filing and mailed a copy to petitioner. DE 2. Pursuant to the Notice, the deficiencies were required to be corrected within fourteen (14) days of the date of the letter. *Id.* On or about April 18, 2014, the mail containing the notice was returned as undeliverable. DE 4. The docket indicates that the packet was remailed to petitioner at the Suffolk County Correctional Facility on April 18, 2014. *Id.* On May 5, 2014, the remailed packet was returned as undeliverable with the notation: Returned to Sender/Discharged. DE 5.

"When a party changes addresses, it is his or her obligation to notify the Court of the new address." *Garcia v. Hynes*, No. 08 Civ. 2155, 2009 WL 890640, at *1 (E.D.N.Y. Mar. 31, 2009) (citing *Concepcion v. Ross*, No. 92 Civ. 770, 1997 WL 777943, at *1 (E.D.N.Y. Oct. 28, 1997)) (citing Local Rule 1.3(d) and holding "[t]he responsibility for keeping the court informed of changes of address rests with the petitioner").

A review of the docket sheet indicates that petitioner has not communicated with the

Court or the Clerk's office to update his address. Consequently, petitioner has not been advised with respect to his deficient filing and has not, therefore, corrected the deficiencies. Accordingly, the action is dismissed without prejudice. The Clerk of the Court shall close this case.

**SO ORDERED.**

Dated: July 16, 2014
      Central Islip, New York

                                        s/ Sandra J. Feuerstein

                                        Sandra J. Feuerstein U.S.D.J.